**Dismissed and Memorandum Opinion filed April 10, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00032-CV

---

## HENRY SIMPSON, Appellant

### V.

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

---

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 67239I**

---

## MEMORANDUM OPINION

On January 10, 2014, appellant filed a notice of appeal attempting to appeal the trial court's order denying "Plaintiff's Second Traditional and No Evidence Motion for Summary Judgment." Absent certain exceptions that do not apply in this case, an appellate court does not have jurisdiction to hear denied motions for summary judgment on appeal. *Ackermann v. Vordenbaum*, 403 S.W.2d 362, 365 (Tex.1966); *William Marsh Rice Univ. v. Coleman*, 291 S.W.3d 43, 45 (Tex.

App.—Houston [14th Dist.] 2009, pet. dism'd); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014.

On March 19, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

The appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.